IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Chandel Richard Hoffman,<br><br>      Plaintiff,<br><br>v.<br><br>M&T Bank Corporation,<br>Camping World Holdings, Inc.,<br>Camping World of Harrisburg,<br><br>      Defendants. | Case No. 4:20-cv-3769-SAL<br><br><br>**ORDER** |

   This matter is before the Court for review of the November 7, 2020 Report and Recommendation ("Report") of United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). *See* ECF No. 6. In the Report, the Magistrate Judge recommends the action be transferred to the United States District Court for the Middle District of Pennsylvania. *Id.* No party filed objections to this Report, and the time to do so has passed.

   The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber,* 423 U.S. 261, 270-71 (1976). The Court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.,* 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, this action is transferred to the United States District Court for the Middle District of Pennsylvania.

   IT IS SO ORDERED.

|  |  |
|---|---|
| December 30, 2020<br>Florence, South Carolina | /s/Sherri A. Lydon<br>Sherri A. Lydon<br>United States District Judge |