IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHANDEL RICHARD HOFFMAN,** | : | |
| Plaintiff | : | No. 1:20-cv-02455 |
| | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | (Magistrate Judge Schwab) |
| **M & T BANK CORP., et al.,** | : | |
| Defendants | : | |

# ORDER

Before the Court in the above-captioned action is the June 9, 2021 Report and Recommendation of Magistrate Judge Schwab (Doc. No. 16), recommending that the Court dismiss Plaintiff Chandel Richard Hoffman ("Plaintiff")'s complaint. No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 24th day of June 2021, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 16) of Magistrate Judge Schwab insofar as it recommends dismissal of Plaintiff's complaint for failure to effect service of process on Defendants in accordance with Federal Rule of Civil Procedure 4;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania